**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**WILLIAM SEAN WILKINS**                                                   **PLAINTIFF**

**v.**                       **Civil No. 09-5204**

**SHERIFF KEITH FERGUSON;
JAIL DOCTOR, Benton County
Detention Center, CAPTAIN
HOLLY, Jail Administrator; and
DOCTOR (SPECIALIST) SEEN
AT MERCY MEDICAL CENTER,
ROGERS, ARKANSAS, IN JUNE OF
2009**                                                                 **DEFENDANTS**

## O R D E R

Now on this 19th day of February, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Erin L. Setser** (document #8, filed October 20, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the claims asserted against the "Doctor seen by Plaintiff at Mercy Medical Center in June of 2009" are hereby **dismissed**. The claims against the other named defendants remain pending for determination.

**IT IS SO ORDERED.**

                                                        **/s/Jimm Larry Hendren
                                                        HON. JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE**